**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                                    CASE NO.  3:06-cr-270-J-33HTS

NEAL CHAPMAN COOMBS

---

**O R D E R**

The change of plea hearing scheduled for this date has been **CANCELLED** to provide the parties an opportunity for addressing the Court's concern with an aspect of the proposed Plea Agreement (Agreement).

Defendant is charged in an Information (Doc. #1; Information), filed on August 10, 2006, with intimidating and interfering with, or attempting "to intimidate and interfere with, an African-American family because of their race and because they were negotiating for the purchase of a dwelling[.]"  Information at 1.  The Factual Basis appended to the Agreement merely indicates the alleged victims "were interested in purchasing the house, and were considering making an offer[.]"  At least arguably, then, the stage of actual negotiation never commenced.  In light of the Information and Factual Basis as drafted, the Court seeks reassurance that the charge accurately reflects the facts.

Accordingly, the parties are directed to submit, within five (5) days from the date of this Order, memoranda addressing the above issue.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of August, 2006.

/s/         Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Asst. U.S. Attorney (Morris)
Charles L. Truncale, Esquire
Defendant

-2-